IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS\

| | | |
|---|---|---|
| John Jerome Clay (2013-08202239), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 4971 |
| | ) | |
| Johnathon Howard, et al., | ) | Thomas M. Durkin |
| | ) | |
| Defendants. | ) | |
| | ) | |

## APPOINTED COUNSEL'S MOTION TO WITHDRAW

Now comes Ronald F. Neville ("Neville"), appointed counsel for the plaintiff, John

Jerome Clay, and requests this Court enter an order granting counsel leave to withdraw as

appointed counsel. In support of said request Neville states as follows:

1. On July 8, 2014, this Court entered an order dismissing the plaintiff's pro se complaint

without prejudice in accordance with George v. Smith, 507 F.3d at 606-07, for bringing unrelated

claims against unrelated defendants in a single lawsuit. The Court also appointed attorney

Neville to represent plaintiff in accordance with the District Court's local rules and to file a

amended complaint if such amended complaint comports with counsel's obligations under Rule

11 of the Federal Rules of Civil Procedure. The Court's order also stated that if Neville could

not file an amended complaint and comport with his obligations under Rule 11, Neville was to so

inform the Court. (Court's order of July 8, 2014, page 2.)

2. After being appointed by the Court, Neville investigated the plaintiff's claims. On

August 18, 2014, Neville conducted a lengthy interview of the plaintiff at the Cook County Jail

pertaining to his claims. Subsequently, Neville and his associate attorney conducted extensive

legal research pertaining to the claims. Also, Neville obtained consent forms signed by the

plaintiff to procure his medical records and did obtain and review the plaintiff's medical records from Cook County Health & Hospitals System incurring costs of $45.03.

4. As a result of Neville's interview of the plaintiff, a review of the plaintiff's correspondence mailed to Neville, the plaintiff's medical records, and Neville's legal research which included a review of relevant case law including but not limited to, King v. Kramer, 2014 WL 3954028; Lopez v. City of Chicago, 464 F.3d 711, 719 (7th Cir. 2006); Thomas v. Cook County Sheriff Dept, 604 F.3d 293, 301(7th Cir. 2010); Henderson v. Sheahan, 196 F.3d 939, 845 (7th Cir. 1999); Currie v. Chhabra, 728 F.3d 626, 630 (7th Cir. 2013); Ortiz v. City of Chicago, 656 F.3d 523, 538 (7th Cir. 2011); Rice ex rel. Rice v. Correctional Medical Services, 675 F.3d 650, 676 (7th Cir. 2012); and Thomas v. Illinois, 697 F.3d 612 (7th Cir. 2012) Neville believes the filing of an amended complaint would not be in compliance with his obligations under Rule 11 of the Federal Rules of Civil Procedure and specifically Rule 11 (b).

Wherefore, Ronald F. Neville requests this Court to enter an order granting him leave to withdraw as plaintiff's appointed counsel.

/s/Ronald F. Neville

Ronald F. Neville
Neville & Mahoney
221 N. LaSalle Street
Suite 2100
Chicago, IL 60601
312-236-2100
Attorney No. 2040417
silver-ii@att.net